STATE OF NEW JERSEY, RESPONDENT, v. HYMAN KRUBIT, ET AL., DEFENDANTS, WILLIAM ROSENSON, ET AL., DEFENDANTS-PETITIONERS.

See same case below: 6 *N. J. Super.* 214.

*Messrs. Kessler & Kessler, Mr. Samuel I. Kessler* and *Mr. Max L. Rosenstein* for the petitioners.

*Mr. Duane E. Minard, Jr., Mr. Edward Schoen, Jr.,* and *Mr. C. William Caruso* for the respondent.

April 24, 1950. Denied.

MARIE ELISE HELEN CAMERON VAN DER VEER, ET AL., PETITIONERS, v. WM. WHITNEY AMES, ET AL., RESPONDENTS.

See same case below: 6 *N. J. Super.* 143.

*Mr. George Whitefield Betts, Jr., Mr. Ira C. Moore, Jr.,* and *Mr. Robert McLeod Jackson* (of the New York Bar) for the petitioners.

*Mr. John W. Ferguson, Jr., Messrs. Carpenter, Gilmour & Dwyer* and *Mr. Howard C. Gilmour* for the respondents.

April 24, 1950. Denied.